FILED

05/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0427

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 22-0427

-------------------------------------------------------------------------------------------------

MISSOULA COUNTY,

      Plaintiff, Appellant,

  v.

STATE OF MONTANA; MONTANA DEPARTMENT OF CORRECTIONS; and BRIAN GOOTKIN, in his official capacity as the Director of the Montana Department of Corrections,

      Defendants, Appellees.

## ORDER GRANTING APPELLEES' SECOND EXTENSION

-------------------------------------------------------------------------------------------------

Pursuant to M. R. App. P. 26(1) and upon unopposed Motion of the Appellees for an extension of time, IT IS HEREBY ORDERED that the Appellees are granted an extension, up to and including July 8, 2023, within which to file a Response Brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 23 2023